PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JUDGE PHILIP MARTINEZ

EP10CR0473

| | | |
|---|---|---|
| SEALED: _____ | | UNSEALED __XX__ |
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: February 24, 2010 | MAG CT #: 10-00615-MC | FBI #: |
| CASE NO: EP-10-CR-_____ | ASSISTANT U.S. ATTORNEY: | |

| | |
|---|---|
| DEFENDANT: **HAYDEE GONZALEZ,** **aka: Ana Liszette Hernandez-Gonzalez** | DOB: REDACTED |

ADDRESS: REDACTED

CITIZENSHIP: Mexican (Illegal Alien)  INTERPRETER NEEDED:  Yes  LANGUAGE: Spanish

| | |
|---|---|
| DEFENSE ATTORNEY:  Margarito G. Rodriguez ADDRESS: | EMPLOYED ___ APPOINTED _X_ |

DEFENDANT IS:  Custody
       ADDRESS:  El Paso County Detention Facility

| | |
|---|---|
| DATE OF ARREST: January 31, 2010 | BENCH WARRANT:  NO |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

PROSECUTION BY:  INDICTMENT

OFFENSE (Code and Description): **CT 1:**  8:1326(b)(2) - Attempted Illegal Re-Entry
                  **CT 2:**  18:911 - False Claim to United States Citizenship

OFFENSE IS:  FELONY **(BOTH COUNTS)**

MAXIMUM SENTENCE:

**CT 1:** $250,000/20 YRS/NOT MORE THAN 3 YR SUP RELEASE/$100 MANDATORY ASSESSMENT
**CT 2:** $250,000/3 YRS/NOT MORE THAN 1 YR SUP RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: CBP/PROS- Carlos M. Valle

WDT-Cr-3